Mark P. Robinson, Jr., SBN 054426
Carlos A. Prietto, III, SBN 166410
Ted B. Wacker, SBN 157416
**ROBINSON, CALCAGNIE & ROBINSON**
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
949-720-1288
949-720-1292 Fax

Attorneys for Plaintiffs
DAVID CHENAULT and
THELMA CHENAULT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**<br><br>This document relates to:<br><br>DAVID CHENAULT and THELMA CHENAULT<br>Individual Case No. C 06-0228 CRB | Case No. M 05-CV-1699-CRB<br><br>MDL No. 1699<br><br>JUDGE BREYER<br><br>**STIPULATION AND ORDER OF DISMISSAL ONLY AS TO CASE NUMBER 05-6381, ORIGINALLY FILED IN THE CENTRAL DISTRICT OF CALIFORNIA** |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiffs and counsel for Defendants that the Complaint of Plaintiffs, David Chenault and Thelma Chenault, originally filed in the Central District of California, Case Number CV 05-6381 SJO, and later transferred to the MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Products Liability Litigation*, with the assigned individual case number C 06-0228 CRB, may be and is hereby dismissed without prejudice.

1  The parties hereby stipulate that should Plaintiffs ever re-file Plaintiffs' claim,
2  Plaintiffs will only re-file in Federal Court.
3  The parties shall each bear their own costs.

4

5  Dated: August 16, 2006                ROBINSON, CALCAGNIE & ROBINSON

6

7                                        _____
                                          Mark P. Robinson, Jr., SBN054426
                                          mrobinson@rcrlaw.net
8                                         Carlos A. Prietto, III, SBN 166410
                                          cprietto@rcrlaw.net
9                                         Ted B. Wacker, SBN 157416
                                          twacker@rcrlaw.net
10                                        620 Newport Center Drive, 7th Floor
                                          Newport Beach, CA 92660
11                                        Telephone: (949) 720-1288
                                          Fax: (949) 720-1292
12
                                          -AND-
13
                                          Samuel M. Wendt, MO #53573
14                                        David Peterson, MO #32229
                                          PETERSON & ASSOCIATES, P.C.
15                                        801 West 47th Street, Suite 107
                                          Kansas City, MO 64112-1253
16                                        Telephone: (816) 531-4440
                                          Fax: (816) 531-0660
17
                                          *Counsel for Plaintiffs*
18                                        DAVID CHENAULT and THELMA CHENAULT

19

20  Dated: August __, 2006                GORDON & REES

21

22                                        _____
                                          Stuart M. Gordon, Esq.
23                                        sgordon@gordonrees.com
                                          Embarcadero Center West
24                                        275 Battery Street, 20th Floor
                                          San Francisco, CA 94111
25                                        Telephone: (415) 986-5900
                                          Fax: (415) 986-8054
26
                                          *Defendants' Liaison Counsel*
27

28

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 25, 2006

HONORABLE CHARLES R. BREYER



IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA